UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| **DIANNE Y. RODESTA,** | ) |
| Plaintiff, | ) Case No. EDCV 12-395-AJW |
| v. | ) **J U D G M E N T** |
| **CAROLYN W. COLVIN,** **Acting Commissioner of the Social Security Administration,** | ) |
| Defendant. | ) |

**IT IS ADJUDGED** that defendant's decision is reversed, and the case is remanded for further administrative proceedings consistent with the memorandum of decision.

July 29, 2013

_____
ANDREW J. WISTRICH
United States Magistrate Judge